■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY CHESSON, Appellant. [755 NYS2d 864] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered March 22, 2001, convicting him of assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court erred in precluding him from introducing extrinsic evidence of the complainant's bias, interest, and hostility is unpreserved for appellate review (*see People v Inniss,* 83 NY2d 653 [1994]; *People v Munoz,* 291 AD2d 287 [2002]; *People v Lewis,* 167 AD2d 303 [1990]). In any event, the trial court correctly precluded a defense witness from testifying about collateral matters intended merely to impeach the complainant's credibility (*see People v Alvino,* 71 NY2d 233 [1987]; *People v Ferere,* 294 AD2d 596 [2002]; *People v Abreu,* 278 AD2d 424 [2000]). Prudenti, P.J., Krausman, Goldstein and Schmidt, JJ., concur.